```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                   CASE NO. 05 B 19758
   MARTEZ A NELSON
                                         CHAPTER 13

                                         JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-4653

-------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 05/17/2005 and was confirmed 08/08/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 09/13/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
TRIAD FINANCIAL CORP      SECURED NOT I     8810.31            .00           .00
TRIAD FINANCIAL CORP      UNSECURED        NOT FILED           .00           .00
WELLS FARGO AUTO FINANCE  SECURED          17875.00         2279.07       6486.72
WELLS FARGO AUTO FINANCE  UNSECURED         2317.95            .00           .00
INTERNAL REVENUE SERVICE  PRIORITY          1576.64            .00           .00
CAPITAL ONE BANK          UNSECURED        NOT FILED           .00           .00
JEFFERSON CAPITAL SYSTEM  UNSECURED          618.21            .00           .00
MIDLAND CREDIT MANAGEMEN  UNSECURED        NOT FILED           .00           .00
CITY OF CHICAGO PARKING   UNSECURED          150.00            .00           .00
B-LINE/CROSS COUNTRY      UNSECURED          636.52            .00           .00
PREMIER BANCARD CHARTER   UNSECURED          244.00            .00           .00
HARRIS & HARRIS           UNSECURED        NOT FILED           .00           .00
ECAST SETTLEMENT CORP     UNSECURED          390.17            .00           .00
MED BUSINESS BUR          UNSECURED        NOT FILED           .00           .00
MIDAMERICA BANK           UNSECURED        NOT FILED           .00           .00
PEOPLES GAS LIGHT & COKE  UNSECURED             .00            .00           .00
SEARS                     UNSECURED        NOT FILED           .00           .00
RISK MANAGEMENT ALTERNAT  UNSECURED          870.25            .00           .00
INTERNAL REVENUE SERVICE  UNSECURED           42.50            .00           .00
ARROW FINANCIAL SERVICES  UNSECURED         1117.30            .00           .00
PREMIER BANCARD CHARTER   UNSECURED          438.31            .00           .00
ASSET ACCEPTANCE CORP     UNSECURED         5767.65            .00           .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       1,899.20                      1,899.20
TOM VAUGHN                TRUSTEE                                           568.25
DEBTOR REFUND             REFUND                                            622.11

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE            11,855.35
```

              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 19758 MARTEZ A NELSON

```
PRIORITY                                                         .00
SECURED                                                     6,486.72
    INTEREST                                                2,279.07
UNSECURED                                                        .00
ADMINISTRATIVE                                              1,899.20
TRUSTEE COMPENSATION                                          568.25
DEBTOR REFUND                                                 622.11
                                   ---------------    ---------------
TOTALS                                   11,855.35          11,855.35
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 01/25/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE